In the Matter of LAKESIDE PACKING Co., Respondent. ARTHUR HARRIS, Appellant.

Argued May 19, 1949; decided July 19, 1949.

*Morris Fish* for appellant.
*Alexander P. Blanck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.